UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PT. BANK NEGARA INDONESIA
(PERSERO) TBK.,
                       Plaintiff,

      v.                                    Case. No. 10 CV 8851 (PAC)

BARCLAYS BANK PLC and BARCLAYS     **FED. R. CIV. P. 7.1**
CAPITAL INC.,                                  **DISCLOSURE STATEMENT**
                       Defendants.
------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Barclays Bank PLC discloses that Defendant Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, and that no publicly held corporation owns ten percent (10%) or more of the stock of Barclays Bank PLC.

       Further, the undersigned counsel for Barclays Capital Inc. discloses that Defendant Barclays Capital Inc. is an indirect wholly-owned subsidiary of Barclays PLC, and no publicly held corporation owns ten percent (10%) or more of the stock of Barclays Capital Inc.

Dated: New York, New York
       December 17, 2010                     LINKLATERS LLP

                                                  By: */s/ Ruth E. Harlow*
                                                      Lance Croffoot-Suede
                                                      Ruth E. Harlow
                                                      1345 Avenue of the Americas
                                                      New York, New York 10105
                                                      Telephone: 212-903-9000
                                                      Facsimile: 212-903-9100
                                                      lance.croffoot-suede@linklaters.com
                                                      ruth.harlow@linklaters.com
                                                      *Counsel for Defendants*