*Crotty, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

PT. BANK NEGARA INDONESIA
(PERSERO) TBK.,

                   Plaintiff,

v.

BARCLAYS BANK PLC and BARCLAYS
CAPITAL INC.,

                   Defendants.

--------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 DEC 2010
```

Case. No. 10 CV 8851 (PAC)

### STIPULATION AND ORDER REGARDING
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the undersigned counsel for all the parties that Defendants' time to answer or otherwise respond to the Complaint, including the time for any pre-motion letter as required by the Individual Practices of Judge Paul. A. Crotty, Rule 3, is extended until, and including, January 20, 2011.

Defendants were served with the Summons and Complaint on December 3, 2010, and the original 21-day period to answer or otherwise respond runs until the Monday after December 24, 2010 (a legal holiday). There have been no previous requests to extend this deadline.

Dated: New York, New York
       December 16, 2010

                                     HOLLYER BRADY LLP

                              By: _____
                                 A. Rene Hollyer (hollyer@hollyerbrady.com)
                                 Christopher Brady (brady@hollyerbrady.com)
                                 Orlee Goldfeld (goldfeld@hollyerbrady.com)
                                 60 East 42nd Street, Suite 1825
                                 New York, New York 10165
                                 212-706-0248
                                 *Counsel for Plaintiff*

1

LINKLATERS LLP

By: _____

Lance Croffoot-Suede
  (lance.croffoot-suede@linklaters.com)
Ruth E. Harlow (ruth.harlow@linklaters.com)
1345 Avenue of the Americas
New York, New York 10105
212-903-9210
*Counsel for Defendants*

Date:
SO ORDERED: **17 DEC 2010**

_____
Paul A. Crotty
United States District Judge