UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PT. Bank Negara Indonesia        Plaintiff,

-against-

Barclays Bank PLC, et ano.       Defendant.
--------------------------------------------------- X

10  C  8851    (    )

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: A. Rene Hollyer, Esq.

[X]   Attorney

    [ ]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: ARH0295 ; My State Bar Number is: 1196799

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[X]   Law Firm/Government Agency Association

    From: Hollyer Brady Smith and Hynes

    To: Hollyer Brady LLP

    [X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:  60 E. 42nd Street, Suite 1825
              New York, NY 10165

[X] Telephone No.: 212-706-0248

[X] Fax No.: 212-661-1846

[ ] E-Mail Address:

Dated: 12/17/10

_____
ATTORNEY'S SIGNATURE