**DLS — DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PT. BANK NEGARA INDONESIA (PERSERO) TBK.

      Plaintiff

      v.

BARCLAYS BANK PLC and BARCLAYS CAPITAL
      INC.

      Defendant
------------------------------------------------------------------X

Civil Action No. 10 CV 8851

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

      RAFAEL CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 3rd day of December, 2010, at approximately 2:21 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, and ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **BARCLAYS BANK PLC** at 745 7th Avenue, New York, NY, by personally delivering and leaving the same with **ADAM BULKLEY**, who informed deponent that he is a Legal Analyst authorized by appointment to receive service at that address.

      Adam Bulkley is a white male, approximately 38 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 175 pounds with black hair and brown eyes.

_____
RAFAEL CARVAJAL, # 1324162

Sworn to before me this
10th day of December, 2010

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com