UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PT. BANK NEGARA INDONESIA
(PERSERO) TBK.,
                         Plaintiff,

           v.

BARCLAYS BANK PLC and BARCLAYS
CAPITAL INC.,
                       Defendants.
----------------------------------------------------------x

| |
|---|
| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3-7-11 |

Case. No. 10 CV 8851 (LBS)

### STIPULATION AND ORDER REGARDING
### PAGE LIMITS FOR MEMORANDA OF LAW

        IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and

among the undersigned counsel to the parties in the above-captioned action, as follows:

        The page limit that shall apply to the Defendants' memorandum of law in support of their

motion to dismiss (due on March 11, 2011) and the Plaintiff's opposition memorandum of law

(due on April 11, 2011) is 35 pages.

Dated: New York, New York
          March 4, 2011

Orlee Goldfeld (goldfeld@hollyerbrady.com)
Hollyer Brady LLP
60 East 42nd Street, Suite 1825
New York, New York 10165
212-706-0248
*Counsel for Plaintiff*

Ruth E. Harlow (ruth.harlow@linklaters.com)
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
212-903-9210
*Counsel for Defendants*

SO ORDERED:

Leonard B. Sand, United States District Judge

3/7/2011