## **CERTIFICATE OF SERVICE**

I, Katherine R. Ryan, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of March 11, 2011, I caused true and correct copies of the Defendants' Notice of Motion to Dismiss the Complaint (with exhibit), the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, and the Declaration of Ruth E. Harlow dated March 11, 2011 (with exhibits) to be served upon all counsel of record in *PT. Bank Negara Indonesia (Persero) Tbk. v. Barclays Bank PLC and Barclays Capital Inc.*, No. 10 Civ. 8851 (LBS), via the Court's Electronic Case Filing system.

*/s/ Katherine R. Ryan*
Katherine R. Ryan