UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PT. BANK NEGARA INDONESIA
(PERSERO) TBK.,

                Plaintiff,

           v.

BARCLAYS BANK PLC and
BARCLAYS CAPITAL INC.,

                Defendants.

------------------------------------------------------------x

Case No. 10 Civ. 8851 (LBS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters her appearance for Defendants Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action and requests that copies of all papers in this action be served upon the undersigned counsel via ECF or at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 8, 2011

/s/ *Linda Regis-Hallinan*
Linda Regis-Hallinan
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone: 212-903-9000
Facsimile: 212-903-9100
linda.regis-hallinan@linklaters.com

*Counsel for Defendants*

A13303302/0.1/06 Apr 2011