UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PT. BANK NEGARA INDONESIA (PERSERO) TBK.,

                Plaintiff,

v.

BARCLAYS BANK PLC and BARCLAYS CAPITAL INC.,

                Defendants.

------------------------------------------------------------x

10 CV 8851 (LBS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-11

## STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

It is hereby stipulated and agreed by the undersigned counsel for the parties that Defendants' time to answer or otherwise respond to the First Amended Complaint, which was filed on April 1, 2011, is extended until, and including, May 6, 2011. In the event Defendants move to dismiss the First Amended Complaint, it is further stipulated and agreed that Plaintiff shall have until, and including, June 13, 2011 to file opposition papers and Defendants shall have until, and including, June 29, 2011 to file reply papers.

Dated:    New York, New York
           April 8, 2011

                                  HOLLYER BRADY LLP

                                  By:   _____
                                        Orlee Goldfeld, Esq.

                                  60 East 42nd Street, Suite 1825
                                  New York, New York 10165
                                  (212) 706-0248
                                  goldfeld@hollyerbrady.com

                                  *Attorneys for Plaintiff*

LINKLATERS LLP

By: _____
      Lance Croffoot-Suede, Esq.

1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)
lance.croffoot-suede@linklaters.com

*Counsel for Defendants*

So Ordered:

_____
Leonard B. Sand
United States District Judge  4/11/11