UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PT. BANK NEGARA INDONESIA
(PERSERO) TBK.,

                      Plaintiff,

         v.

BARCLAYS BANK PLC and
BARCLAYS CAPITAL INC.,

                      Defendants.

------------------------------------------------------------x

Case No. 10 Civ. 8851 (LBS)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-11

RECEIVED MAY 0 2 2011 CHAMBERS LEONARD B. [SAND]

## STIPULATION AND ORDER REGARDING PAGE LIMITS FOR MEMORANDA OF LAW

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval by and among the undersigned counsel to the parties in the above-captioned action, as follows:

The page limit that shall apply to the Defendants' memorandum of law in support of their motion to dismiss (due on May 6, 2011) and the Plaintiff's opposition memorandum of law (due on June 13, 2011) is 45 pages.

Dated: New York, New York
       April 29, 2011

                                          Orlee Goldfeld
                                          Hollyer Brady LLP
                                          60 East 42nd Street, Suite 1825
                                          New York, New York 10165
                                          212-706-0248
                                          goldfeld@hollyerbrady.com

                                          *Counsel for Plaintiff*

//

_[signature]_

Linda Regis-Hallinan
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
212-903-9000
linda.regis-hallinan@linklaters.com

*Counsel for Defendants*

SO ORDERED: _[signature]_

Leonard B. Sand, United States District Judge

5/2/2011

//