## CERTIFICATE OF SERVICE

I, Linda Regis-Hallinan, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of May 6, 2011, I caused true and correct copies of the Defendants' Notice of Motion to Dismiss the First Amended Complaint (with exhibit) and the Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint to be served upon all counsel of record in *PT Bank Negara Indonesia (Persero) Tbk. v. Barclays Bank PLC and Barclays Capital Inc.,* No. 10 Civ. 8851 (LBS), via the Court's Electronic Case Filing system.

_____
Linda Regis-Hallinan