## CERTIFICATE OF SERVICE

I, Katherine R. Ryan, an attorney with the law firm of Linklaters LLP, hereby certify and declare that on this day of June 29, 2011, I caused a true and correct copy of the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the First Amended Complaint to be served upon all counsel of record in *PT. Bank Negara Indonesia (Persero) Tbk. v. Barclays Bank PLC and Barclays Capital Inc.*, 10-cv-8851, via the Court's Electronic Case Filing system.

*/s/ Katherine R. Ryan*

Katherine R. Ryan