USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PT. BANK NEGARA INDONESIA
(PERSERO) TBK,

                Plaintiff,                10 **CIVIL** 8851 (LBS)

      -against-                           **JUDGMENT**

BARCLAYS BANK PLC et al.,
                Defendants.
------------------------------------------------------------X

      Defendants having moved to dismiss all the claims against them, and the matter having come before the Honorable Leonard B. Sand, United States District Judge, and the Court, on September 28, 2011, having rendered its Memorandum and Order granting defendants motion to dismiss, dismissing count one of plaintiff's first amended complaint with prejudice, and dismissing counts two through eight without prejudice for lack of jurisdiction, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 28, 2011, defendants' motion to dismiss is granted; count one of plaintiff's first amended complaint is dismissed with prejudice, and counts two through eight are dismissed without prejudice for lack of jurisdiction.

**Dated:** New York, New York
           September 29, 2011

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                                  BY:
                                                         Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
ON THE DOCKET ON _____