UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PT. BANK NEGARA INDONESIA (PERSERO) TBK.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10   Civ. 8851   (LBS) ( )

- against -

BARCLAYS BANK PLC and BARCLAYS CAPITAL, INC.

**NOTICE OF APPEAL
IN A CIVIL CASE**

ECF CASE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that PLAINTIFF, PT. BANK NEGARA INDONESIA (PERSERO) TBK.,
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment
DISMISSING COUNT ONE OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE FOR THE REASONS
*(describe the judgment)*

STATED IN THE DISTRICT COURT'S SEPTEMBER 28, 2011 MEMORANDUM AND ORDER

entered in this action on the 29TH day of SEPTEMBER, 2011.
*(date)*  *(month)*  *(year)*

ORLEE GOLDFELD
HOLLYER BRADY LLP
*Signature*

60 EAST 42ND STREET, SUITE 1825
*Address*

NEW YORK, NEW YORK 10165
*City, State & Zip Code*

DATED: OCTOBER 27, 2011

(212) 706 - 0248
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*