**MANDATE**

N.Y.S.D. Case #
10-cv-8851(LBS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17 day of January, two thousand twelve,

_____

Pt. Bank Negara Indonesia (Persero) TBK,

Plaintiff - Appellant,

v.

Barclays Bank PLC, Barclays Capital Inc.,

Defendants - Appellees.

_____

ORDER
Docket Number: 11-4517

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 17, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/17/2012